■
**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Dennis J. DZIEDZIC, Appellant.
No. 71–1125.**

United States Court of Appeals,
Ninth Circuit.

July 15, 1971.

Victor Sherman (argued), of Nasatir, Sherman & Hirsch, Beverly Hills, Cal., for appellant.

Shelby R. Gott, Asst. U. S. Atty. (argued), Robert H. Filsinger, Chief, Criminal Division, Harry D. Steward, U. S. Atty., San Diego, Cal., for appellee.

Before CHAMBERS, HAMLEY and MERRILL, Circuit Judges.

PER CURIAM:

The judgment of conviction is reversed. The jury instruction on sanity is caught by our Wade v. United States, 9th Cir., 426 F.2d 64, decided after the trial of this case.

■
**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Richard Edward ROBERTS, Appellant.
No. 71–1153.**

United States Court of Appeals,
Ninth Circuit.

July 15, 1971.

Charles M. Berg, Beverly Hills, Cal., for appellant.

Robert L. Meyer, U. S. Atty., Los Angeles, Cal., for appellee.

Before CHAMBERS, HAMLEY and CHOY, Circuit Judges.

PER CURIAM:

The judgment of conviction in this selective service case is affirmed.

We find no merit in the appeal and the mandate will issue now.